IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| NEVA JUNE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: No. 1:14-cv-317 |
| | ) | Judge Harry S. Mattice, Jr. |
| v. | ) | Magistrate Susan K. Lee |
| | ) | |
| LAMAR HOWARD and TONY FULMER, | ) | |
| POLICE OFFICERS WITH THE CITY OF | ) | |
| WINCHESTER, TENNESSEE POLICE | ) | |
| DEPARTMENT; DENNIS YOUNG, | ) | |
| POLICE CHIEF FOR THE CITY OF | ) | |
| WINCHESTER, TENNESSEE and | ) | |
| THE CITY OF WINCHESTER, | ) | |
| TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

___

## STIPULATION OF DISMISSAL WITH PREJUDICE
___

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the parties hereby stipulate that all claims raised by the Plaintiff against the Defendants Lamar Howard, Tony Fulmer, Winchester Tennessee Police Department and City of Winchester, Tennessee, in the above-styled case, are hereby dismissed with prejudice.

Stipulated to and Approved:

*s/ Russell L. Leonard*
Russell L. Leonard (BPR #014191
315 North High Street
Winchester, Tennessee 37398
*Attorney for the Plaintiff*

*/s/ Kristin E. Berexa*
Kristin E. Berexa (BPR # 14833)
**Farrar & Bates, LLP**
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
*Attorney for the Defendants*

## Certificate of Service

  The undersigned hereby certifies that on this the 15th day of February, 2016 a true and correct copy of the foregoing has been forwarded via U.S. Mail, first class postage prepaid to:

Russell L. Leonard
315 North High Street
Winchester, Tennessee 37398
*Attorney for Plaintiff*

                */s/ Kristin Ellis Berexa*
                Kristin Ellis Berexa